U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
**December 18, 2006**
**Clerk, U.S. Bankruptcy Court**

**Below is an Order of the Court.**

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | Bankruptcy Case |
| ) | No. 05-30611-rld13 |
| JEFFREY C. LINDQUIST, ) | |
| ) | MEMORANDUM OPINION |
| Debtor. ) | |
| ) | |

     This Memorandum Opinion addresses "Petitioner's Notice of Motion and Motion for Sanctions Pursuant to Rule 9001 [sic] Federal Rules of Bankruptcy Procedure" (the "Motion") filed by Ms. Eleanor Lindquist, requesting that sanctions be imposed against debtor's counsel, Ann Chapman.

     In considering the Motion, I have reviewed carefully the pleadings filed by the parties, specifically, the Motion (Docket # 444, filed August 15, 2006), Debtor's Response (Docket # 468, filed September 8, 2006), Petitioner's Supplemental Points and Authorities (Docket # 508, filed December 6, 2006), Debtor's Supplemental Response (Docket # 509, filed December 7, 2006), and all exhibits and other documents filed and docketed in conjunction with said pleadings. The

Page 1 - ORDER RE ELEANOR LINDQUIST'S OPPOSITION TO ATTORNEY'S FEES

record with respect to the Motion is closed, and I will not consider any further submissions by the parties with respect to the Motion. The findings and conclusions that I state in this Memorandum Opinion are designated as the court's findings under Fed. R. Civ. P. 52(a), applicable with respect to this contested matter under Fed. R. Bankr. P. 9014.

Based upon my review and consideration of the record with respect to the Motion, I do not find that an award of sanctions to Ms. Lindquist against debtor's counsel, Ms. Chapman, is merited. Accordingly, I will deny the Motion. Ms. Chapman should prepare and submit an appropriate form of Order, consistent with this Memorandum Opinion, within ten (10) following the date of its entry on the docket.

###

cc:     Eleanor Lindquist
        Ann K. Chapman
        Brian D. Lynch, Trustee

Page 2 - ORDER RE ELEANOR LINDQUIST'S OPPOSITION TO ATTORNEY'S FEES